GENEVIEVE W. BOARDMAN, as Administratrix of the Estate of RACHEL WHITCOMB, Deceased, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.—

Foster, P. J., Heffernan, Bergan and Coon, JJ., concur; Brewster, J., dissents.